An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CEDRIC ALAN DIAL,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 65413 |
| CEDRIC ALAN DIAL,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 65414 |
| CEDRIC ALAN DIAL,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 65415 ✓ **FILED**<br><br>MAY 1 3 2014<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY _R. Malone_<br>DEPUTY CLERK |
| CEDRIC ALAN DIAL,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 65416 |

## ORDER DISMISSING APPEALS

These are proper person appeals from an order denying a motion to disqualify judge. Fifth Judicial District Court, Nye County; Joseph T. Bonaventure, Senior Judge.

14-15603

Because no statute or court rule permits an appeal from an order denying a motion to disqualify judge, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc: Chief Judge, Fifth Judicial District Court
Hon. Joseph T. Bonaventure, Senior Judge
Cedric Alan Dial
Nye County District Attorney
Attorney General/Carson City
Nye County Clerk